UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLONEL CLIFFORD ACREE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE REPUBLIC OF IRAQ, | ) |
| | ) |
| THE IRAQI INTELLIGENCE SERVICE, | ) |
| | ) |
| and | ) |
| | ) |
| SADDAM HUSSEIN in his official capacity as PRESIDENT OF THE REPUBLIC OF IRAQ, and in his individual capacity, c/o Ministry of Foreign Affairs Baghdad, Republic of Iraq | ) |
| | ) |
| and | ) |
| | ) |
| John Does 1-100 | ) |
| | ) |
| Defendants. | ) |

## OFFER TO ARBITRATE

**COME NOW** Plaintiffs named herein and, pursuant to the provisions of 28 U.S.C. § 1605(a)(7) (1994 & Supp. V 1999), offer to submit the claims arising from acts occurring in the Republic of Iraq in the above captioned matter to arbitration in accordance with accepted international rules of arbitration. Defendants REPUBLIC OF IRAQ, THE IRAQI INTELLIGENCE SERVICE and SADDAM HUSSEIN, in his official capacity as President of the Republic of Iraq, SADDAM HUSSEIN in his individual capacity, and JOHN DOES 1-100, may accept this offer to arbitrate within fifty (50) days of receipt of this offer by filing with the

- 2 -

Clerk of this Court an acceptance in lieu of filing an answer or response to the herein captioned lawsuit.

                                                            Respectfully submitted,

_/s/ John Norton Moore_                           _/s/ Stephen A. Fennell_
John Norton Moore                              Stephen A. Fennell
D.C. Bar # 179697                             D.C. Bar # 290379
307 Yoakum Parkway                       1330 Connecticut Avenue, N.W.
Suite 3-1618                                       Washington, D.C. 20036-1795
Alexandria, VA 22304                     (202) 429-8082
(703) 751-7798                                    (202) 429-3902 - fax
(202) 429-3902 – fax

April 19, 2006

The Republic of Iraq,
the Iraqi Intelligence Service,
President Saddam Hussein, in his official capacity as President of the Republic of Iraq
Saddam Hussein in his individual capacity, and
John Does 1-100
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

Your Excellency:

We are writing to afford the Republic of Iraq, the Iraqi Intelligence Service, and President Saddam Hussein, in his official capacity as President of the Republic of Iraq, Saddam Hussein in his individual capacity, and John Does 1-100, (collectively referred to herein as "the Government of Iraq"), an opportunity to arbitrate in accordance with accepted international rules of arbitration certain claims of our clients, Colonel (Ret.) Clifford Acree, Colonel Michael Craig Berryman, Staff Sergeant (Ret.) Troy Dunlap, Colonel (Ret.) David Eberly, Lieutenant Colonel (Ret.) Jeffrey Fox, Chief Warrant Officer (Ret.) Guy Hunter, Specialist David Lockett, Colonel H. Michael Roberts, Lieutenant Colonel Russell Sanborn, Commander Lawrence Slade, Major (Ret.) Joseph Small, Staff Sergeant Daniel Stamaris, Captain (Ret.) R. Dale Storr, Lieutenant Colonel Robert Sweet, Lieutenant Colonel (Ret.) Jeffrey Tice, Lieutenant (Ret.) Robert Wetzel, and Commander Jeffrey Zaun, American citizens, and members of their families (listed in Appendix A to this letter), who were injured as a result of the torture and mistreatment occurring in Kuwait and Iraq by the Government of Iraq of American prisoners of war during the Gulf War.

Specifically, our clients are offering pursuant to 28 United States Code § 1605(a)(7)(B)(i) to arbitrate their claims growing out of the Government of Iraq's torture and mistreatment of American POWs which occurred within the territory of the Republic of Iraq in accordance with accepted international rules of arbitration. We propose that any such arbitration be held pursuant to the International Arbitration Rules of the American Arbitration Association, with the place of arbitration Washington, D.C., or other accepted international rules and place of arbitration as agreed between the parties no later than 30 days after acceptance of this offer to arbitrate the claims in accordance with accepted international rules of arbitration.

This offer to arbitrate is being filed concurrently with a complaint in the United States District Court for the District of Columbia that will include these claims growing out of the Government of Iraq's torture and mistreatment of American POWs occurring in the Republic of Iraq.

Sincerely,

Stephen A. Fennell
Steptoe & Johnson, LLP

John Norton Moore
Oceans & International

Enc.

Appendix A: American Citizen Family Member Plaintiffs

The following is a list of our clients, all American citizens and family members of our aforementioned clients, American citizens who were injured as a result of the torture and mistreatment by the Government of Iraq during the Gulf War:

Mrs. Cynthia B. Acree
Mrs. Leigh Berryman
Mrs. Gail Stubblefield
Mr. Ronald Dunlap
Mrs. Barbara Eberly
Mr. Timm Eberly
Dr. Robert Fox
Mr. Terrence Fox
Mrs. Patricia Borden
Mrs. Nancy Gundersen
Mr. Timothy Fox
Mrs. Mary Hunter
Ms. Laura Hunter
Mr. William (Ray) Hunter
Ms. Mary Elizabeth (Lily) Hunter
Mrs. Patricia Roberts
Mrs. Starr Barton
Mrs. Anna Slade
Mrs. Leanne Small
Mr. David Storr
Mr. Douglas Storr
Ms. Diane Storr
Mr. Arthur Sweet
Mrs. Mary Ann Sweet
Mr. Michael Sweet
Mrs. Jacqueline Wetzel
Mr. William Wetzel
Mr. James Wetzel
Mr. Edward Wetzel
Ms. Margaret Wetzel
Mr. Paul Wetzel
Mrs. Kathleen Farber
Mrs. Anne Kohlbecker
Mrs. Sally Devin
Mr. Calvin Zaun
Mrs. Marjorie Zaun
Ms. Linda Zaun-Lesniak