# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Clifford Acree, et al.
_____
               Plaintiff(s)

vs.    Civil Action No.: 06-0723 (RWR)

Republic of Iraq, et al.
_____
               Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

by: (check one)
- [ ] registered mail, return receipt requested
- [x] ~~DHL~~ *Federal Express*

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [x] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Iraq, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Anthony A. Onorato
1330 Connecticut Ave., NW
Washington, DC 20036
DC Bar #482074

(Name and Address)

RECEIVED
APR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT