UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLONEL CLIFFORD ACREE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE REPUBLIC OF IRAQ, <br><br> THE IRAQI INTELLIGENCE SERVICE, <br><br> and <br><br> SADDAM HUSSEIN in his official capacity as PRESIDENT OF THE REPUBLIC OF IRAQ, and in his individual capacity, <br> c/o Ministry of Foreign Affairs <br> Baghdad, Republic of Iraq <br><br> and <br><br> John Does 1-100 <br><br> Defendants. | Civ. A. No. 06-0723(RWR) |

### ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, please enter the appearance of Mary Woodson Poag and Anthony A. Onorato as counsel for Plaintiffs in the above-captioned matter.

Respectfully submitted,

_____
Mary Woodson Poag (D.C. Bar 417237)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-8091
Fax: (202) 261-0596
Email: mpoag@steptoe.com
Counsel for Plaintiffs
Dated: May 17, 2006

_____
Anthony A. Onorato (D.C. Bar 482074)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-8104
Fax: (202) 261-0645
Email: tonorato@steptoe.com
Counsel for Plaintiffs
Dated: May 17, 2006

## CERTIFICATE OF SERVICE

I, Darlene Hayes, hereby certify that a true and exact copy of the **ENTRY OF APPEARANCE** has been served on Defendants via Federal Express this 17th day of May, 2006 as follows:

The Republic of Iraq
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

The Iraqi Intelligence Service
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

Saddam Hussein
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

_____
Darlene Hayes