UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLONEL CLIFFORD ACREE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF IRAQ, )<br>)<br>THE IRAQI INTELLIGENCE SERVICE, )<br>)<br>and )<br>)<br>SADDAM HUSSEIN in his official capacity as )<br>PRESIDENT OF THE REPUBLIC OF IRAQ, )<br>and in his individual capacity, )<br>c/o Ministry of Foreign Affairs )<br>Baghdad, Republic of Iraq )<br>)<br>and )<br>)<br>John Does 1-100 )<br>)<br>Defendants. )<br>) | Civ. A. No. 06-0723(RWR) |

## NOTICE OF FILING

Plaintiffs, Clifford Acree, et al., hereby give notice of their filing of the shipping logs and delivery records indicating that service of the summonses, offers of arbitration, notice of suit, Complaint, and Arabic translations thereof, was made on the Minister of Foreign Affairs for the Republic of Iraq on April 30, 2006, for each Defendant. Attached hereto as Exhibit A is the shipping log for the pleadings sent to Defendant Republic of Iraq. Attached as Exhibit B is the shipping log for the pleadings sent to Defendant Saddam Hussein. Attached as Exhibit C is the shipping log for the pleadings sent to Defendant Iraqi Intelligence Service. Finally, attached as

Exhibit D is the delivery record for each package, indicating that M. Alkhateeb of the office of the Minister of Foreign Affairs for the Republic of Iraq received and signed for the three packages on April 30, 2006, but that an electronic copy of the signature is not available.

Respectfully submitted,

*/s/ Stephen A. Fennell*

Stephen A. Fennell (290379)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000 - phone
(202) 429-3902 - fax
Counsel for Plaintiffs

Dated: May 17, 2006

## CERTIFICATE OF SERVICE

I, Darlene Hayes, hereby certify that a true and exact copy of the **NOTICE OF FILING** has been served on Defendants via Federal Express this 17th day of May, 2006 as follows:

The Republic of Iraq
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

The Iraqi Intelligence Service
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

Saddam Hussein
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

_____
Darlene Hayes

# EXHIBIT A



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

04/30/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790893726820**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Apr 30, 2006 10:00 |
| **Signed for by:** | M. ALKHATEEB | | |
| **Service type:** | Priority Pak | | |

NO SIGNATURE IS AVAILABLE  
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 790893726820 | **Ship date:** | Apr 25, 2006 |
| | | **Weight:** | 2.9 lbs. |
| **Recipient:** | | **Shipper:** | |
| BAGHDAD IQ | | WASHINGTON, DC US | |
| **Reference** | | 14000.0001 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

# EXHIBIT B

Case 1:06-cv-00723-RWR    Document 5    Filed 05/17/2006    Page 6 of 13



| | | |
|---|---|---|
| FedEx Express | | U.S. Mail: PO Box 727 |
| Customer Support Trace | | Memphis, TN 38194-4643 |
| 3875 Airways Boulevard | | |
| Module H, 4th Floor | | Telephone: 901-369-3600 |
| Memphis, TN 38116 | | |

04/30/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790401750903**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Apr 30, 2006 10:00 |
| **Signed for by:** | M. ALKHATEEB | | |
| **Service type:** | Priority Pak | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 790401750903 | **Ship date:** | Apr 25, 2006 |
| | | **Weight:** | 2.9 lbs. |
| **Recipient:** | | **Shipper:** | |
| BAGHDAD IQ | | WASHINGTON, DC US | |
| **Reference** | | 14000.0001 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# EXHIBIT C



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

04/30/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791921199370**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Apr 30, 2006 10:00 |
| **Signed for by:** | M. ALKHATEEB | | |
| **Service type:** | Priority Pak | | |

NO SIGNATURE IS AVAILABLE  
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 791921199370 | **Ship date:** | Apr 25, 2006 |
| | | **Weight:** | 2.9 lbs. |
| **Recipient:** | | **Shipper:** | |
| BAGHDAD IQ | | WASHINGTON, DC US | |
| **Reference** | | 14000.0001 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

# EXHIBIT D

05/10/2006 8:01:10 AM    WTCFAXQ1C    PAGE 2   OF 2

FedEx Express    U.S. Mail. PO Box 727    Telephone 901-369-3600
Customer Support    Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



May 10, 2006

DARLENE HAYES
(202) 429-3902

Dear DARLENE HAYES:

Our records reflect the following delivery information for the shipment with the tracking number 790893726820. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

  Signed For By:   M. ALKHATEEB

  Delivered to:

  Delivery Date:   April 30, 2006

  Delivery Time:   10:00 AM

           Shipping Information:

Shipment Reference Information: 14000.0001

  Tracking No:   790893726820        Ship Date:   April 25, 2006

    Shipper:   CLERK'S OFFICE        Recipient:   THE REPUBLIC OF IRAQ
         UNITED STATES DISTRICT            C/O HIS EXCELLENCY
         COURT                HOSHYAR ZEB
         333 CONSTITUTION AVENUE,        MINISTER OF FOREIGN
         NW                    AFFAIRS
         WASHINGTON, DC 20001        MINISTRY OF FOREIGN
         US                    AFFAIRS
                         BAGHDAD,
                         IQ

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: 0508019295

This Information is provided subject to the FedEx Service Guide.

05/09/2006 8:15:17 AM -0500 WTCFAXQ1C                               PAGE 2   OF 2

FedEx Express U.S. Mail: PO Box 727 Telephone 901-369-3600
Customer Support Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



May 09, 2006

DARLENE HAYES
(202) 429-3902

Dear DARLENE HAYES:

Our records reflect the following delivery information for the shipment with the tracking number 790401750903. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

  Signed For By:   M. ALKHATEEB

  Delivered to:


  Delivery Date:   April 30, 2006

  Delivery Time:   10:00 AM

      Shipping Information:

Shipment Reference Information: 14000.0001

| | | | |
|---|---|---|---|
| Tracking No: | 790401750903 | Ship Date: | April 25, 2006 |
| Shipper: | CLERK'S OFFICE<br>UNITED STATES DISTRICT<br>COURT<br>333 CONSTITUTION AVENUE,<br>NW<br>WASHINGTON, DC 20001<br>US | Recipient: | PRESIDENT SADDAM<br>HUSSEIN<br>C/O HIS EXCELLENCY<br>HOSHYAR ZEB<br>MINISTER OF FOREIGN<br>AFFAIRS<br>MINISTRY OF FOREIGN<br>AFFAIRS<br>BAGHDAD,<br>IQ |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: 0508019266

This Information is provided subject to the FedEx Service Guide.

FedEx Express  
Customer Support  
Domestic Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone 901-369-3600



May 09, 2006

DARLENE HAYES  
(202) 429-3902

Dear DARLENE HAYES:

Our records reflect the following delivery information for the shipment with the tracking number 791921199370. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

Signed For By:  M. ALKHATEEB

Delivered to:

Delivery Date:  April 30, 2006

Delivery Time:  10:00 AM

Shipping Information:

Shipment Reference Information: 14000.0001

| Tracking No: | 791921199370 | Ship Date: | April 25, 2006 |
|---|---|---|---|
| Shipper: | CLERK'S OFFICE<br>UNITED STATES DISTRICT<br>COURT<br>333 CONSTITUTION AVENUE,<br>NW<br>WASHINGTON, DC 20001<br>US | Recipient: | THE IRAQ INTELLIGENCE<br>SERVICE<br>C/O HIS EXCELLENCY<br>HOSHYAR ZEB<br>MINISTER OF FOREIGN<br>AFFAIRS<br>MINISTRY OF FOREIGN<br>AFFAIRS<br>BAGHDAD,<br>IQ |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx (1-800-463-3339)  
Reference No: 0508019265

This Information is provided subject to the FedEx Service Guide.