UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLONEL CLIFFORD ACREE, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF IRAQ, )<br>)<br>THE IRAQI INTELLIGENCE SERVICE, )<br>)<br>and )<br>)<br>SADDAM HUSSEIN in his official capacity as )<br>PRESIDENT OF THE REPUBLIC OF IRAQ, )<br>and in his individual capacity, )<br>c/o Ministry of Foreign Affairs )<br>Baghdad, Republic of Iraq )<br>)<br>and )<br>)<br>John Does 1-100 )<br>)<br>    Defendants. )<br>) | Civ. A. No. 06-0723(RWR) |

## MOTION FOR ENTRY OF DEFAULT

COME NOW the Plaintiffs herein and pursuant to Rule 55 of the Federal Rules of Civil Procedure, and 28 U.S.C. § 1608(d) of the Foreign Sovereign Immunities Act (hereinafter "FSIA"), move this Honorable Court to enter the default of Defendants in the matter captioned above, and would show this honorable Court as follows:

    1.    Service of process, including an Offer to Arbitrate in accordance with accepted international rules of arbitration, was made on Defendants pursuant to 28 U.S.C. § 1608(a)(3) on April 30, 2006. A Notice of Filing accompanying copies of documents verifying service and

indicating the date on which the service papers were transmitted was filed with the Court on May 17, 2006.

2. Defendants were given fifty (50) days to respond to the Offer to Arbitrate, *i.e.*, by June 19, 2006. No response was received.

3. Defendants are required to file an Answer or other responsive pleading within sixty (60) days after service is made pursuant to 28 U.S.C. § 1608(d), *i.e.*, by June 29, 2006.

4. Defendants are active litigants in this Court, including at least in the cases of *Simon v. Iraq*, No. 1:03CV00691 (HHK), *Seyam v. Iraq*, No. 1:03CV00888 (HHK), and *Vine v. Iraq*, No. 1:01CV02674 (HHK).

5. More than sixty (60) days have passed since service was made and no responsive pleading has been filed by the Defendants.

WHEREFORE, Plaintiffs pray that the default of Defendants be entered and this matter set for hearing before the Court to establish damages and enter judgment accordingly.

Dated: August 22, 2006

Respectfully submitted,

_____          _____
John Norton Moore                   Stephen A. Fennell
D.C. Bar # 179697                   D.C. Bar # 290379
307 Yoakum Parkway                  Steptoe & Johnson LLP
Suite 3-1618                        1330 Connecticut Avenue, N.W.
Alexandria, VA 22304                Washington, D.C. 20036
(703) 751-7798                      (202) 429-3000
(202) 429-3092 (fax)                (202) 429-3902 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **MOTION FOR ENTRY OF DEFAULT** has been served on Defendants via Federal Express this 22 day of August, 2006 as follows:

The Republic of Iraq
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

The Iraqi Intelligence Service
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

Saddam Hussein
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

_____
James H. Ruddy