UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLONEL CLIFFORD ACREE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE REPUBLIC OF IRAQ, <br><br> THE IRAQI INTELLIGENCE SERVICE, <br><br> and <br><br> SADDAM HUSSEIN in his official capacity as PRESIDENT OF THE REPUBLIC OF IRAQ, and in his individual capacity, <br> c/o Ministry of Foreign Affairs <br> Baghdad, Republic of Iraq <br><br> and <br><br> John Does 1-100 <br><br> Defendants. | Civ. A. No. 06-0723(RWR) |

## NOTICE OF FILING

Plaintiffs, Clifford Acree, et al., hereby give notice of their filing of the shipping logs and delivery records indicating that service of the summonses, offers of arbitration, notice of suit, Complaint, and Arabic translations thereof, was made on the Minister of Foreign Affairs for the Republic of Iraq on April 30, 2006, for each Defendant. Attached hereto as Exhibit A is the shipping log for the pleadings sent to Defendant Republic of Iraq. Attached as Exhibit B is the shipping log for the pleadings sent to Defendant Saddam Hussein. Attached as Exhibit C is the shipping log for the pleadings sent to Defendant Iraqi Intelligence Service. Finally, attached as

Exhibit D is the delivery record for each package, indicating that M. Alkhateeb of the office of the Minister of Foreign Affairs for the Republic of Iraq received and signed for the three packages on April 30, 2006, but that an electronic copy of the signature is not available.

Respectfully submitted,

*[signature]*

Stephen A. Fennell (290379)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000 - phone
(202) 429-3902 - fax
Counsel for Plaintiffs

Dated: May 17, 2006

## CERTIFICATE OF SERVICE

I, Darlene Hayes, hereby certify that a true and exact copy of the **NOTICE OF FILING** has been served on Defendants via Federal Express this 17th day of May, 2006 as follows:

The Republic of Iraq
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

The Iraqi Intelligence Service
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

Saddam Hussein
c/o His Excellency Hoshyar Zebari
Minister of Foreign Affairs
Ministry of Foreign Affairs
Baghdad, Iraq

_____
Darlene Hayes

# EXHIBIT A



| | |
|---|---|
| FedEx Express | U.S. Mail: PO Box 727 |
| Customer Support Trace | Memphis, TN 38194-4643 |
| 3875 Airways Boulevard | |
| Module H, 4th Floor | Telephone: 901-369-3600 |
| Memphis, TN 38116 | |

04/30/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790893726820**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Apr 30, 2006 10:00 |
| **Signed for by:** | M. ALKHATEEB | | |
| **Service type:** | Priority Pak | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 790893726820 | **Ship date:** | Apr 25, 2006 |
| | | **Weight:** | 2.9 lbs. |
| **Recipient:** | | **Shipper:** | |
| BAGHDAD IQ | | WASHINGTON, DC US | |
| **Reference** | | 14000.0001 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# EXHIBIT B



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

04/30/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790401750903**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Apr 30, 2006 10:00 |
| **Signed for by:** | M. ALKHATEEB | | |
| **Service type:** | Priority Pak | | |

NO SIGNATURE IS AVAILABLE  
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 790401750903 | **Ship date:** | Apr 25, 2006 |
| | | **Weight:** | 2.9 lbs. |
| **Recipient:** | | **Shipper:** | |
| BAGHDAD IQ | | WASHINGTON, DC US | |
| **Reference** | | 14000.0001 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

# EXHIBIT C



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

04/30/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791921199370**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Apr 30, 2006 10:00 |
| **Signed for by:** | M. ALKHATEEB | | |
| **Service type:** | Priority Pak | | |

NO SIGNATURE IS AVAILABLE  
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 791921199370 | **Ship date:** | Apr 25, 2006 |
| | | **Weight:** | 2.9 lbs. |
| **Recipient:** | | **Shipper:** | |
| BAGHDAD IQ | | WASHINGTON, DC US | |
| **Reference** | | 14000.0001 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

# EXHIBIT D

05/10/2006 8:01:10 AM          WTCFAXQ1C                              PAGE 2    OF 2

FedEx Express                U.S. Mail. PO Box 727          Telephone 901-369-3600
Customer Support             Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



May 10, 2006

DARLENE HAYES
(202) 429-3902

Dear DARLENE HAYES:

Our records reflect the following delivery information for the shipment with the tracking number 790893726820. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

  Signed For By:   M. ALKHATEEB

  Delivered to:

  Delivery Date:   April 30, 2006

  Delivery Time:   10:00 AM

        Shipping Information:

Shipment Reference Information: 14000.0001

| | | | |
|---|---|---|---|
| Tracking No: | 790893726820 | Ship Date: | April 25, 2006 |
| Shipper: | CLERK'S OFFICE<br>UNITED STATES DISTRICT COURT<br>333 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20001<br>US | Recipient: | THE REPUBLIC OF IRAQ<br>C/O HIS EXCELLENCY<br>HOSHYAR ZEB<br>MINISTER OF FOREIGN AFFAIRS<br>MINISTRY OF FOREIGN AFFAIRS<br>BAGHDAD,<br>IQ |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: 0508019295

This Information is provided subject to the FedEx Service Guide.

```
FedEx Express                  U.S. Mail: PO Box 727          Telephone 901-369-3600
Customer Support               Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116
```



May 09, 2006

DARLENE HAYES
(202) 429-3902

Dear DARLENE HAYES:

Our records reflect the following delivery information for the shipment with the tracking number 790401750903. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

  Signed For By:   M. ALKHATEEB

  Delivered to:


  Delivery Date:   April 30, 2006

  Delivery Time:   10:00 AM

             Shipping Information:

Shipment Reference Information: 14000.0001

  Tracking No:   790401750903           Ship Date:   April 25, 2006

      Shipper:   CLERK'S OFFICE         Recipient:   PRESIDENT SADDAM
                 UNITED STATES DISTRICT              HUSSEIN
                 COURT                               C/O HIS EXCELLENCY
                 333 CONSTITUTION AVENUE,            HOSHYAR ZEB
                 NW                                  MINISTER OF FOREIGN
                 WASHINGTON, DC 20001                AFFAIRS
                 US                                  MINISTRY OF FOREIGN
                                                     AFFAIRS
                                                     BAGHDAD,
                                                     IQ

   Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: 0508019266

This Information is provided subject to the FedEx Service Guide.

05/09/2006 2:15:33 PM          WTCFAXQ1C                              PAGE 2    OF 2

FedEx Express                    U.S. Mail: PO Box 727           Telephone 901-369-3600
Customer Support                 Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



May 09, 2006

DARLENE HAYES
(202) 429-3902

Dear DARLENE HAYES:

Our records reflect the following delivery information for the shipment with the tracking number 791921199370. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

   Signed For By:   M. ALKHATEEB

      Delivered to:


   Delivery Date:   April 30, 2006

   Delivery Time:   10:00 AM

              Shipping Information:

Shipment Reference Information: 14000.0001

   Tracking No:   791921199370              Ship Date:   April 25, 2006

       Shipper:   CLERK'S OFFICE            Recipient:   THE IRAQ INTELLIGENCE
                  UNITED STATES DISTRICT                 SERVICE
                  COURT                                  C/O HIS EXCELLENCY
                  333 CONSTITUTION AVENUE,               HOSHYAR ZEB
                  NW                                     MINISTER OF FOREIGN
                  WASHINGTON, DC 20001                   AFFAIRS
                  US                                     MINISTRY OF FOREIGN
                                                         AFFAIRS
                                                         BAGHDAD,
                                                         IQ

   Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: 0508019265

This Information is provided subject to the FedEx Service Guide.