UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COLONEL CLIFFORD ACREE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE REPUBLIC OF IRAQ, et al., ) <br> ) <br> Defendants. ) <br>) | Civ. A. No. 06-0723 (RWR) |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 12th day of January, 2007, that I am the attorney of record for Plaintiffs in the above-entitled case; that the defendants, Republic of Iraq, et al., were served pursuant to 28 U.S.C. § 1608(a)(3) on April 30, 2006.

A Notice of Filing accompanying copies of documents verifying service and indicating the date on which the service papers were transmitted was filed with the Court on May 17, 2006. Plaintiffs previously filed for an Entry of Default on August 22, 2006, but the filing was marked "Entered in Error" through no fault of Plaintiffs.

Pursuant to § 1608(d) of the FSIA, Defendants were required to serve their answer or other responsive pleading to the complaint within sixty (60) days after service. Accordingly, Defendants' answer or other responsive pleading was due on or before June 29, 2006.

The authority for obtaining personal jurisdiction over the defendants served outside the District of Columbia is pursuant to 28 U.S.C. § 1330, which gives rise to a claim for relief with respect to a foreign state, or an agency or instrumentality thereof, not entitled to immunity under §§ 1605 through 1607 of that title (the Foreign Sovereign Immunities Act, hereinafter the

"FSIA"). In particular, 28 U.S.C. § 1605(a)(7) exempts a foreign state designated as a state sponsor of terrorism, or an agency or instrumentality thereof, from immunity in cases as specified in that section in which money damages are sought for personal injury or death that was caused by an act of torture.

I further certify under penalty of perjury that no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorneys for the Plaintiffs; no extension has been given and the time for filing has expired; that the defendants are neither infants nor incompetent persons.

The clerk is requested to enter a Default against said defendants.

Stephen A. Fennell
Bar Id. Number 290379
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
(202) 429-3000
Attorney for Plaintiffs