Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLIFFORD ACREE, et al.

    Plaintiff(s)

V.

Civil Action No. 06-723 (RWR)

REPUBLIC OF IRAQ et al

    Defendant(s)

RE: REPUBLIC OF IRAQ, IRAQI INTELLIGENCE SERVICE and SADDAM HUSSEIN

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 30, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of January, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: Jackie Francis
Deputy Clerk