UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

================================|
|
CLIFFORD ACREE, et al.          |
                                |
    Plaintiffs,              |
                                |   Civil Action No. 06-723 (RWR)
    v.                       |
                                |
THE REPUBLIC OF IRAQ, et al.    |
                                |
    Defendant.               |
_____|

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Timothy B. Mills of Maggs & McDermott LLC shall appear as lead counsel on behalf of defendant Republic of Iraq in the above-listed case.

The undersigned requests that all papers in the above-referenced case be served upon the undersigned at the e-mail address stated below.

Notwithstanding the general abolition of distinction between "general" and "special" appearances by counsel, this Notice of Appearance is not to be considered a general appearance so as to waive defendant Republic of Iraq's right to claim: (1) a lack of jurisdiction over its person, (2) insufficiency of and defects in the effecting of service

under the U.S. Foreign Sovereign Immunities Act; and (3) absence of subject matter jurisdiction and each other defense.

Dated:  28th day of February 2007
Washington, D.C.

>Respectfully submitted,

>/s/ Timothy B. Mills

>DC Bar No. 425209
>**MAGGS & MCDERMOTT, LLC**
>910 17th Street, N.W.
>Washington, DC  20006
>Telephone:  (202) 457-8090
>TimothyBMills@aol.com
>tmills@briellelaw.com

>*Lead Counsel for Defendant Republic of Iraq*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February 2007, I electronically transmitted the attached document:

    NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants counsel for Plaintiffs:

    **Stephen A. Fennell**
    STEPTOE & JOHNSON, LLP
    1330 Connecticut Avenue, NW
    Office 508
    Washington, DC 20036
    (202) 429-8082
    Fax: (202) 429-3902
    Email: sfennell@steptoe.com

    **Anthony A. Onorato**
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036
    (202) 429-8104
    Email: tonorato@steptoe.com

    **Mary Woodson Poag**
    STEPTOE & JOHNSON, L.L.P.
    1330 Connecticut Avenue, NW
    Washington, DC 20036
    (202) 429-8091

    **John Norton Moore**
    OCEANS & INTERNATIONAL
    307 Yoakum Parkway
    Suite 3-1618
    Alexandria, VA 22304
    (703) 751-7798
    Email: jmooreesq@aol.com

                                   /s/ Timothy B. Mills