IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFFORD ACREE, *et al.*,         )<br>                                                     )<br>   Plaintiffs,                              )<br>                                                     )<br>   v.                                           )<br>                                                     )<br>THE REPUBLIC OF IRAQ, *et al.*,  )<br>                                                     )<br>   Defendant.                            )<br>_____) | Civil Action No. 06-723 (RWR) |

## PRAECIPE CORRECTING ADDRESS

The clerk of said Court will please note the corrected business address of Anthony A. Onorato (Bar No. 482074) of Steptoe & Johnson LLP, counsel for Plaintiffs Clifford Acree, et al.

Mr. Onorato's new address is:

> 750 Seventh Avenue
> New York NY 10019
> 212-506-3933 (T)
> 202-261-0645 (F)

Dated:  May 14, 2008

                                                      Respectfully submitted,

                                                               /s/
                                                Anthony A. Onorato (Bar No. 482074)
                                                STEPTOE & JOHNSON LLP
                                                750 Seventh Avenue
                                                New York, NY 10019
                                                T: (212) 506-3933
                                                F: (202) 261-0645
                                                Email: tonorato@steptoe.com

                                                Stephen A. Fennell
                                                Mary Woodson Poag
                                                STEPTOE & JOHNSON, LLP

-2-

        1330 Connecticut Avenue, NW
        Washington, DC 20036
        T: (202) 429-8082
        F: (202) 429-3902
        Email: sfennell@steptoe.com
        Email: mpoag@steptoe.com

        John Norton Moore
        OCEANS & INTERNATIONAL
        307 Yoakum Parkway
        Suite 3-1618
        Alexandria, VA 22304
        T: (703) 751-7798
        Email: jmooresq@aol.com

        *Counsel for Plaintiffs Clifford Acree, et al.*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2008, the foregoing *Praecipe Correcting Address* was filed electronically in accordance with the Court's procedures, and was served electronically via the Court's CM/ECF system upon the following counsel:

>Timothy B. Mills
>MAGGS & MCDERMOTT LLC
>910 17th Street NW
>Washington DC 20006
>*Counsel for Defendant Republic of Iraq*

/s/
Anthony A. Onorato