UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____    )
                               )
**CLIFFORD ACREE, et al.**,    )
                               )
         Plaintiffs,           )
                               )
         v.                    )    Civil Action No. 06-723 (RWR)
                               )
**REPUBLIC OF IRAQ, et al.**,  )
                               )
         Defendants.           )
_____    )

### ORDER

In light of the parties' May 18, 2007 joint status report, it is hereby

ORDERED that on or before September 19, 2008, defendants shall file their motion under Federal Rule of Civil Procedure 55(c) to set aside the Clerk's Entry of Default. Plaintiffs must file their opposition within 60 days of the filing of defendants' Rule 55(c) motion. Defendants shall have 30 days thereafter to file their reply to plaintiffs' opposition.

SIGNED this 17th day of July, 2008.

                                          _____/s/_____
                                          RICHARD W. ROBERTS
                                          United States District Judge